# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 1, 2009

137757

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

JUDITH TEMPLETON,
      Plaintiff-Appellant,

v

        SC: 137757
        COA: 286198
        WCAC: 07-000288

MICHIGAN STATE UNIVERSITY,
      Defendant-Appellee.

_____/

On order of the Court, the application for leave to appeal the October 16, 2008 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 1, 2009

_____
Clerk

0325